June 28, 2022

**Part I: The Parties to this Complaint**

**Kimberly Dawn Lockwood**
Plantiff
Vs.
**Williamson County Schools**
Defendant

**Part II: Basis for Jursidiction**

The Plantiff, Kimberly Dawn Lockwood resides at 4401 Peytonsville-Trinity Road and she has been an employee of Williamson County Schools since 1996.

The Defendant, Williamson County Schools is the local education agency located at 1320 W. Main Street Suite 200 and the Plantiff's employer.

The Plantiff is seeking compensatory and punitive damages for the reasons outlined in part III of this complaint.

**Part III: Statement of Claim**

The Plantiff will conclusively and irrefutably prove through the discovery process, subpoenas of witnesses and physical evidence that the Defendant and its employess acted with malice towards the Plantiff, and willfully and purposefully engaged in illegal, deceptive and harmful behavior that caused the Plantiff to be slandered, physically and mentally harmed.

The Plantiff will conclusively and irrefutably prove that the behavior of the Defendant and its employees violated the MOU agreement, as well as, state laws (Article 1, section 1; Article 1 section 35; TCA 50-1-502; TCA 50-1-1002; TCA 49-5-512) and federal law/guidelines (Amendements IV, IX, and XIV).

The Plantiff will conclusively and irrefutably prove that the Defendant and its employees purposefully shared and disseminated throughout the community personal information about the Plantiff causing the Plantiff to be discriminated against due to violations of (HIPPA, and FERPA).

The Plantiff will conclusively and irrefutably prove that these illegal actions have been ongoing (at least at the building level) since 2018. However, The Plantiff is seeking the

right to a trial and the right to the discovery process to prove that these illegal actions based on unfounded and slanderous hearsay have been occurring even before the 2018 alleged date.

The Plantiff will conclusively and irrefutably prove that the Defendant and its employees acted wreckless in addressing the Plantiff's concerns (as early as 2020), denying the Plantiff relief in numerous areas including the right to due process.

The Plantiff will conclusively and irrefutably prove that several employees of the Defendant in adminstrative positions acted with malice, deliberation and deceitfulness which caused professionall, physical, and mental harm to the Defendant. It is the Plantiff's intention to sue these individuals once the discovery process is completed.

The Plantiff will conclusively and irrefutably prove that the Defendant's actions were illegal in removing her from her position, and withholding compensation that was due.

### Part IV: Relief

The Plantiff is seeking relief for herself for **compensatory damages** as follows:

1) A public apology
2) My retirement (from TCRS and Lincoln)
3) Adequate, and True legal Representation before trial
4) One million dollars

The Plantiff is also seeking relief in the amount of $50 million dollars (in punitive damages) to be divided equally for any other person or persons that have a legitimate claim that the Defendant's actions toward the Plantiff directly or indirectly caused harm to their person, property and/or effects.

### Part V: Certification and Closing

**I certify under penalty of perjury that thse are true and accurate statements.**

Sincerely,

**Kimberly Lockwood**

*[signature]*

 

# U.S. Equal Employment Opportunity Commission
## Public Portal

# Your Appointment is Scheduled

## Your appointment has been scheduled

EEOC Public Portal (https://publicportal.eeoc.gov/portal/SupplementalInformation.aspx?From=494-2022-02182)

**Your Name:** Kimberly Lockwood
**Your E-Mail:** kimloc1234@outlook.com
**Your Phone Number:** (629) 203-3115
**Interpreter/Language:** No interpreter needed
**Additional Information:**

**Appointment Code:** 494-2022-02182
**Appointment Date:** Thursday, 07/14/2022
**Appointment Time:** 01:00 PM (Time Zone: Central)
**Appointment Office:** Nashville
**Office Address:** 220 Athens Way, Suite 350B, Nashville, TN 37228
**What type of interview:** Phone